United States District Court
Southern District of Texas
**ENTERED**
August 19, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:19–mj–01526 |
| | § | |
| Tydreic Sublet | § | |

**ORDER OF DETENTION PENDING HEARING**

A hearing in this case is scheduled as follows:

Counsel Determination Hearing
August 19, 2019 at 02:00 PM
Courtroom 703
United States District Court
515 Rusk Street
Houston, TX 77002

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: August 12, 2019